TERRY ADAMS
 CHIEF JUSTICE

VERONICA RIVAS-MOLLOY
AMPARO (AMY) GUERRA
DAVID M. GUNN
JENNIFER CAUGHEY
KRISTIN M. GUINEY
CLINT MORGAN
ANDREW JOHNSON
SUSANNA DOKUPIL
 JUSTICES

DEBORAH M. YOUNG
CLERK OF THE COURT

ANNE MARIE GREENWOOD
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District
### 301 Fannin Street
### Houston, Texas 77002-2066

Tuesday, September 9, 2025

Fernanda Benavides
Harris County  Public Defenders Office
Assistant Public Defender
1310 Prairie, 4th Floor
Houston, TX 77002
* DELIVERED VIA E-MAIL *

Jani J. Maselli Wood
Harris County Assistant Public Defender
Attorney
1201 Franklin Street, 13th Floor
Houston, TX 77002
* DELIVERED VIA E-MAIL *

Shawna L. Reagin
Harris County District Attorney's Office
Assistant District Attorney
1201 Franklin St Ste 600
Houston, TX 77002-1930
* DELIVERED VIA E-MAIL *

**RE:** **Court of Appeals Number:** 01-24-00562-CR and 01-24-00567-CR
**Trial Court Case Number:** 1715366 and 1720032

**Style:** James Michael Sotelo v. The State of Texas

Please be advised that on this date the Court made the following corrections to the opinion issued on August 12, 2025, in the above case.

On page 18 of the opinion to correctly reflect the "reimbursement fees. The bill of costs lists out $1,165 in mandatory costs and fees,".

No substantive changes to the opinion have been made.

Sincerely,

Deborah M. Young, Clerk of the Court

cc:     Harris County District Clerk's Office - Criminal (DELIVERED VIA E-MAIL)
          Judge 232nd District Court (DELIVERED VIA E-MAIL)
          Court Reporter 232nd District Court (DELIVERED VIA E-MAIL)
          Arlene F. Webb (DELIVERED VIA E-MAIL)